JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 11-8-12

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY GARZA, | Case No. CV 12-8553-RGK-JPR |
| Petitioner, | |
| vs. | J U D G M E N T |
| GREG LEWIS, Warden, | |
| Respondent. | |

Pursuant to the Memorandum Opinion and Order Denying Petition and Dismissing Action with Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: November 8, 2012

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY